```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 15710
   ROBERT R WEISS
   AUDREY WEISS                                 CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-7631     SSN XXX-XX-6562

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/19/08 .

   2.  The case was converted to Chapter 7 without confirmation, 07/30/2008.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------

     Summary of disbursements:
------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED     OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00         .00        .00         .00
PRINCIPAL PAID          .00         .00         .00        .00         .00
INTEREST PAID           .00         .00         .00        .00         .00
TOTAL PAID              .00         .00         .00        .00         .00
The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $      .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .




     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 10/09/08                /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 08 B 15710 ROBERT R WEISS & AUDREY WEISS
```